IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOHN HARPER**, | Case No. 3:25-cv-00436-YY |
| Plaintiff, | **ORDER** |
| v. | |
| **AMUR EQUIPMENT FINANCE, INC**, | |
| Defendant. | |

John Harper, Portland, OR. Pro se.

Holly C. Hayman, Farleigh Wada Witt, PC, 121 SW Morrison Street, Suite 600, Portland, OR 97204. Attorney for Defendant.

**IMMERGUT, District Judge.**

On September 8, 2025, Magistrate Judge Youlee Yim You issued her Findings and Recommendations ("F&R"), ECF 27. The F&R recommends that this Court GRANT Defendant's Motion to Dismiss, ECF 16, and dismiss the complaint without leave to amend. No party filed objections. This Court ADOPTS Magistrate Judge You's F&R in full.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a

PAGE 1 – ORDER

de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R that are not objected to. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge You's findings and conclusions. The F&R, ECF 27, is adopted in full. This Court GRANTS Defendant's Motion to Dismiss, ECF 16, and DISMISSES the complaint with prejudice.

**IT IS SO ORDERED**.

DATED this 13th day of November, 2025.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge